IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ASTARTE DAVIS-RICE, | ) | No. C 06-4072 MMC (PR) |
| Petitioner, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| SCHELIA A. CLARK, Warden, | ) | **(Docket No. 3)** |
| Respondent. | ) | |
| _____ | ) | |

     Petitioner, a federal prisoner currently incarcerated at the Federal Correctional Institution Dublin and proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on June 30, 2006. That same date, the Court notified petitioner in writing that the action was deficient due to his failure to pay the requisite filing fee or, instead, submit a completed court-approved in forma pauperis ("IFP") application, including a trust account statement showing transactions for the preceding six months and a certificate of funds form signed by an institution official. In said notice, petitioner was advised that his failure to pay the filing fee or, alternatively, to file a completed IFP application, including the trust account statement and certificate of funds form, within thirty days, would result in dismissal of the action. Along with said notice, petitioner was sent a copy of the Court's IFP application, instructions for completing it, and a return envelope. Petitioner has submitted an IFP application and certificate of funds, but not the requisite trust

1  account statement, contrary to the Court's instructions.

2  As more than thirty days have passed since the deficiency notice and petitioner has not
3  completed the IFP application or paid the filing fee, the above-titled action is hereby
4  DISMISSED without prejudice. The incomplete application to proceed in forma pauperis is
5  hereby DENIED.

6  This order terminates Docket No. 3.

7  The Clerk shall close the file.

8  IT IS SO ORDERED.

9  DATED: December 11, 2006

10  _____
    MAXINE M. CHESNEY
    United States District Judge