1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASTARTE DAVIS-RICE,        ) | No. C 06-4072  MMC (PR) |
| Petitioner,        ) | **ORDER DENYING CERTIFICATE** |
| ) | **OF APPEALABILITY** |
| v.        ) | |
| ) | |
| SCHELIA A. CLARK, Warden,        ) | |
| ) | **(Docket No. 7)** |
| Respondent.        ) | |
| _____ ) | |

On June 30, 2006, petitioner, a federal prisoner currently incarcerated at the Federal Correctional Institution Dublin and proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On December 11, 2006, the petition was dismissed without prejudice because petitioner had not paid the filing fee or filed a completed application to proceed in forma pauperis, despite having the opportunity to do so.

Petitioner has filed a notice of appeal, which the Court construes as including a request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b).  Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling."  Slack v. McDaniel, 529 U.S. 473, 484 (2000).  Accordingly, the request for a certificate of appealability is DENIED.

United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Clerk shall forward this order, along with the case file, to the United States Court of Appeals for the Ninth Circuit, from which petitioner may also seek a certificate of appealability.  See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

This order terminates Docket No. 7.

IT IS SO ORDERED.

DATED: January 5, 2007

MAXINE M. CHESNEY
United States District Judge